**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:24-CV-035-KDB-DCK**

| | |
|---|---|
| **RANDY BLACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **ORDER** |
| | ) |
| **CASE FARMS, LLC,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 3) filed by James A. Barnes IV, concerning Joseph Clay Hopkins, on February 6, 2024. Joseph Clay Hopkins seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Joseph Clay Hopkins is hereby admitted *pro hac vice* to represent Plaintiff.

   **SO ORDERED**.

Signed: February 6, 2024

David C. Keesler
United States Magistrate Judge